## GEORGE FERBRACHE v. STATE.

No. A-3840.   Opinion Filed May 13, 1922.
(205 Pac. 617.)

(Syllabus.)

1. **Rape—Evidence Insufficient to Sustain Conviction in First Degree.** In a prosecution for rape in the first degree, evidence reviewed and held insufficient to support the verdict and judgment of conviction.

2. **Same—Insufficiency of Evidence—Contradictory Testimony of Prosecutrix.** Under the laws of this state, conviction for rape may be had on the uncorroborated testimony of the prosecutrix; but when her testimony is contradictory, and the defendant testifies and denies specifically the testimony of the prosecutrix, and his testimony is corroborated, the testimony of the prosecutrix, standing alone, is not sufficient to warrant a conviction.

3. **Witnesses—Credibility of Prosecutrix in Rape Case Impeached by Proof of her Statements Contrary to Testimony.** In a prosecution for rape, the credibility of the prosecutrix may be impeached by proof that she has made statements relevant to the issues contrary to what she has testified to on the trial.

Appeal from District Court, Harper County; A. G. Sutton, Judge.

George Ferbrache was convicted of rape in the first degree, and he appeals. Reversed.

W. H. Springfield and B. F. Willett, for plaintiff in error.
George F. Short, Atty. Gen., and R. E. Wood, Asst. Atty. Gen., for the State.

DOYLE, P. J. This appeal is from a judgment of conviction for rape in the first degree and sentence of imprison-

Upon the whole case, we find that the evidence is not sufficient to sustain the conviction.

For the reason stated, the judgment appealed from is reversed.

MATSON and BESSEY, JJ., concur.